**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re: Case No.
Chapter

______ Debtor ______ /

FLD"13AUG23AM11:36USBCSDF-FTL

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

✓ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
________________________________________)

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
__receives disability payments
__is unemployed and does not receive unemployment compensation
__receives Social Security payments
__receives a pension
__does not work outside the home
__is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:________________________________________

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
________________________________________)

_____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of payment advices **are not** attached because the joint debtor:
____receives disability payments
____is unemployed and does not receive unemployment compensation
____receives Social Security payments
____receives a pension
____does not work outside the home
____is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: ____________________________________________

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).***

______________________________ Date: 8/22/13
Signature of Attorney or Debtor

______________________________ Date: ______________
Signature of Joint Debtor, if applicable

FILE #
10110821
Cost Center: 2920026

EARNINGS STATEMENT

ABB

Period Beginning: 08/01/2013
Period Ending: 08/15/2013
Check Date: 08/15/2013
Pers. No 10110821

Ms Kathryn Villalba
11550 NW 10 Street
Pembroke Pines FL 33026

Taxable Marital Status:Single

Exemptions/Allowances/Add.W/H
Federal 00 0.00

| Earnings | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Salary | | | 2,293.54 | 34,312.26 |
| Time And A Half Ov | | | | 117.90 |
| Group Term Insuran | | | 2.36 | 35.40 |
| Gross Pay | | | 2,295.90 | 34,465.56 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 348.87- | 5,200.39- |
| EE Social Security Tax | | | 137.12- | 2,058.42- |
| EE Medicare Tax | | | 32.06- | 481.40- |
| Additional Deductions | | | | |
| *Flex Deduction | | | 67.68- | 1,015.20- |
| *401K Pre-Tax | | | 45.87- | 688.64- |
| *Health Care HSA pretax | | | 16.67- | 250.05- |
| Voluntary Insurance Marsh | | | | 56.16- |
| Total Net Pay | | | 1,645.27 | 24,679.90 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Health Care Empl | | 500.00 |

| Quota Summary | Used | Earned | Balance |
|---|---|---|---|
| Vacation | 48.00 | 72.88 | 24.88 |

| Payment Method | Amount |
|---|---|
| Bank transfer | 1,645.27 |

Your federal taxable wages 2,165.68

*Excluded from Federal Taxable Wages

ABB Inc.
12040 Regency Parkway
Cary NC 27518

Check Date:08/15/2013

THIS IS NOT A CHECK!!!

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ms Kathryn Villalba | Bank transfer | XXXXX1 | 063104668 | USD | 1,645.27 |

NON - NEGOTIABLE

FILE #
10110821
Cost Center: 2920026

EARNINGS STATEMENT

ABB

| | |
|---|---|
| Period Beginning: | 07/01/2013 |
| Period Ending: | 07/15/2013 |
| Check Date: | 07/15/2013 |
| Pers. No | 10110821 |

Ms Kathryn Villalba
11550 NW 10 Street
Pembroke Pines FL 33026

Taxable Marital Status:Single

Exemptions/Allowances/Add.W/H
Federal 00 0.00

| Earnings | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Salary | | | 2,270.83 | 29,520.79 |
| Time And A Half Ov | | | | 117.90 |
| Group Term Insuran | | | 2.36 | 30.68 |
| Gross Pay | | | 2,273.19 | 29,669.37 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 343.30- | 4,491.79- |
| EE Social Security Tax | | | 135.70- | 1,771.51- |
| EE Medicare Tax | | | 31.74- | 414.31- |
| Additional Deductions | | | | |
| *Flex Deduction | | | 67.68- | 879.84- |
| *401K Pre-Tax | | | 45.42- | 592.81- |
| *Health Care HSA pretax | | | 16.67- | 216.71- |
| Voluntary Insurance Marsh | | | | 56.16- |
| Total Net Pay | | | 1,630.32 | 21,215.56 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Health Care Empl | | 500.00 |

| Quota Summary | Used | Earned | Balance |
|---|---|---|---|
| Vacation | 40.00 | 72.88 | 32.88 |

| Payment Method | Amount |
|---|---|
| Bank transfer | 1,630.32 |

Your federal taxable wages 2,143.42

*Excluded from Federal Taxable Wages

ABB Inc.
12040 Regency Parkway
Cary NC 27518

Check Date:07/15/2013

THIS IS NOT A CHECK!!!

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ms Kathryn Villalba | Bank transfer | XXXXX1 | 063104668 | USD | 1,630.32 |

NON - NEGOTIABLE

FILE #
10110821
Cost Center: 2920026

E A R N I N G S   S T A T E M E N T

ABB

Period Beginning: 07/16/2013
Period Ending: 07/31/2013
Check Date: 07/31/2013
Pers. No 10110821

Ms Kathryn Villalba
11550 NW 10 Street
Pembroke Pines FL 33026

Taxable Marital Status:Single

Exemptions/Allowances/Add.W/H
Federal 00 0.00

| Earnings | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Salary | | | 2,293.54 | 32,018.72 |
| Time And A Half Ov | | | | 117.90 |
| Group Term Insuran | | | 2.36 | 33.04 |
| Gross Pay | | | 2,295.90 | 32,169.66 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 348.87- | 4,851.52- |
| EE Social Security Tax | | | 137.11- | 1,921.30- |
| EE Medicare Tax | | | 32.07- | 449.34- |
| Additional Deductions | | | | |
| *Flex Deduction | | | 67.68- | 947.52- |
| *401K Pre-Tax | | | 45.87- | 642.77- |
| *Health Care HSA pretax | | | | |
| *Health Care HSA pretax | | | 16.67- | 233.38- |
| *Health Care HSA pretax | | | | |
| Voluntary Insurance Marsh | | | | 56.16- |
| Total Net Pay | | | 1,645.27 | 23,034.63 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Health Care Empl | | 500.00 |

| Quota Summary | Used | Earned | Balance |
|---|---|---|---|
| Vacation | 48.00 | 72.88 | 24.88 |

| Payment Method | Amount |
|---|---|
| Bank transfer | 1,645.27 |

Your federal taxable wages 2,165.68

*Excluded from Federal Taxable Wages

ABB Inc.
12040 Regency Parkway
Cary NC 27518

Check Date:07/31/2013

T H I S   I S   N O T   A   C H E C K !!!

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ms Kathryn Villalba | Bank transfer | XXXXX1 | 063104668 | USD | 1,645.27 |

N O N - N E G O T I A B L E

FILE #
10110821
Cost Center: 2920026

E A R N I N G S  S T A T E M E N T

ABB

Period Beginning: 06/01/2013
Period Ending: 06/15/2013
Check Date: 06/14/2013
Pers. No 10110821

Ms Kathryn Villalba
11550 NW 10 Street
Pembroke Pines FL 33026

Taxable Marital Status:Single

Exemptions/Allowances/Add.W/H
Federal 00 0.00

| Earnings | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Salary | | | 2,270.83 | 24,979.13 |
| Time And A Half Ov | | | | 117.90 |
| Group Term Insuran | | | 2.36 | 25.96 |
| Gross Pay | | | 2,273.19 | 25,122.99 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 343.30- | 3,805.19- |
| EE Social Security Tax | | | 135.71- | 1,500.10- |
| EE Medicare Tax | | | 31.74- | 350.83- |
| Additional Deductions | | | | |
| *Flex Deduction | | | 67.68- | 744.48- |
| *401K Pre-Tax | | | 45.42- | 501.97- |
| *Health Care HSA pretax | | | | |
| *Health Care HSA pretax | | | 16.67- | 183.37- |
| Voluntary Insurance Marsh | | | | 56.16- |
| Total Net Pay | | | 1,630.31 | 17,954.93 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Health Care Empl | | 500.00 |

| Quota Summary | Used | Earned | Balance |
|---|---|---|---|
| Vacation | 40.00 | 72.88 | 32.88 |

| Payment Method | Amount |
|---|---|
| Bank transfer | 1,630.31 |

Your federal taxable wages 2,143.42

*Excluded from Federal Taxable Wages

---

ABB Inc.
12040 Regency Parkway
Cary NC 27518

Check Date:06/14/2013

T H I S  I S  N O T  A  C H E C K !!!

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ms Kathryn Villalba | Bank transfer | XXXXX1 | 063104668 | USD | 1,630.31 |

N O N - N E G O T I A B L E

FILE #
10110821
Cost Center: 2920026

E A R N I N G S   S T A T E M E N T

ABB

Period Beginning: 06/16/2013
Period Ending: 06/30/2013
Check Date: 06/28/2013
Pers. No 10110821

Ms Kathryn Villalba
11550 NW 10 Street
Pembroke Pines FL 33026

Taxable Marital Status:Single

Exemptions/Allowances/Add.W/H
Federal 00 0.00

| Earnings | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Salary | | | 2,270.83 | 27,249.96 |
| Time And A Half Ov | | | | 117.90 |
| Group Term Insuran | | | 2.36 | 28.32 |
| Gross Pay | | | 2,273.19 | 27,396.18 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 343.30- | 4,148.49- |
| EE Social Security Tax | | | 135.71- | 1,635.81- |
| EE Medicare Tax | | | 31.74- | 382.57- |
| Additional Deductions | | | | |
| *Flex Deduction | | | 67.68- | 812.16- |
| *401K Pre-Tax | | | 45.42- | 547.39- |
| *Health Care HSA pretax | | | 16.67- | 200.04- |
| Voluntary Insurance Marsh | | | | 56.16- |
| Total Net Pay | | | 1,630.31 | 19,585.24 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Health Care Empl | | 500.00 |

| Quota Summary | Used | Earned | Balance |
|---|---|---|---|
| Vacation | 40.00 | 72.88 | 32.88 |

| Payment Method | Amount |
|---|---|
| Bank transfer | 1,630.31 |

Your federal taxable wages 2,143.42

*Excluded from Federal Taxable Wages

---

ABB Inc.
12040 Regency Parkway
Cary NC 27518

Check Date:06/28/2013

T H I S   I S   N O T   A   C H E C K !!!

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ms Kathryn Villalba | Bank transfer | XXXXX1 | 063104668 | USD | 1,630.31 |

N O N - N E G O T I A B L E

FILE #
10110821
Cost Center: 2920026

EARNINGS STATEMENT

ABB

Period Beginning: 05/16/2013
Period Ending: 05/31/2013
Check Date: 05/31/2013
Pers. No 10110821

Ms Kathryn Villalba
11550 NW 10 Street
Pembroke Pines FL 33026

Taxable Marital Status:Single

Exemptions/Allowances/Add.W/H
Federal 00 0.00

| Earnings | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Salary | | | 2,270.83 | 22,708.30 |
| Time And A Half Ov | | | | 117.90 |
| Group Term Insuran | | | 2.36 | 23.60 |
| Gross Pay | | | 2,273.19 | 22,849.80 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 343.30- | 3,461.89- |
| EE Social Security Tax | | | 135.71- | 1,364.39- |
| EE Medicare Tax | | | 31.74- | 319.09- |
| Additional Deductions | | | | |
| *Flex Deduction | | | 67.68- | 676.80- |
| *401K Pre-Tax | | | 45.42- | 456.55- |
| *Health Care HSA pretax | | | | |
| *Health Care HSA pretax | | | 16.67- | 166.70- |
| Voluntary Insurance Marsh | | | | 56.16- |
| Total Net Pay | | | 1,630.31 | 16,324.62 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Health Care Empl | | 500.00 |

| Quota Summary | Used | Earned | Balance |
|---|---|---|---|
| Vacation | 40.00 | 72.88 | 32.88 |

| Payment Method | Amount |
|---|---|
| Bank transfer | 1,630.31 |

Your federal taxable wages 2,143.42

*Excluded from Federal Taxable Wages

ABB Inc.
12040 Regency Parkway
Cary NC 27518

Check Date:05/31/2013

T H I S I S N O T A C H E C K !!!

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ms Kathryn Villalba | Bank transfer | XXXXX1 | 063104668 | USD | 1,630.31 |

N O N - N E G O T I A B L E